

April 10, 2018

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

    Re:    *Michael Cohen v. Bean LLC, d/b/a Fusion GPS, et al.*, Case No. 18-cv-183

Dear Judge Oetken:

This firm represents Plaintiff Michael Cohen in the above-referenced action. Pursuant to Paragraph 3(C) of Your Honor's Individual Practices in Civil Cases, Plaintiff respectfully requests that his deadline to oppose or otherwise respond to the Defendants' Motion to Dismiss the Complaint be extended from April 13, 2018, to April 27, 2018.

Counsel for the Defendants has consented to this request for a two week extension for Plaintiff to file his opposition. Plaintiff has not made any previous requests for adjournment or extension. Defendants were granted an extension to respond to the Complaint, with the consent of the Plaintiff, on March 12, 2018. *See* ECF Doc. 11 & 12.

Thank you for Your Honor's time and consideration.

                                      Respectfully submitted,

                                      David M. Schwartz, Esq.

cc:    All Counsel of Record



1399 Franklin Avenue, Suite 200 • Garden City, N.Y. 11530
P: 516.880.8170   F: 516.880.8171

www.gerstmanschwartz.com • www.gothamgr.com

747 Third Avenue, Suite 4C • New York, N.Y. 10017
P: 212.227.7070

NEW YORK CITY • LONG ISLAND • ALBANY • WASHINGTON, D.C.