**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL COHEN,<br><br>                      Plaintiff,<br><br>-against-<br><br>BEAN LLC, d/b/a FUSION GPS, and GLENN SIMPSON,<br><br>                      Defendants. | *ORAL ARGUMENT REQUESTED*<br><br>Case No. 1:18-cv-00183-JPO<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Shawn P. Naunton and the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Defendants Bean LLC, d/b/a Fusion GPS, and Glenn Simpson will move this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint in its entirety.

Dated: March 30, 2018
       New York, New York

Respectfully submitted,

*/s/ Shawn P. Naunton*
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
snaunton@zuckerman.com

*/s/ Steven M. Salky*
William W. Taylor, III (pro hac vice motion pending)
Steven M. Salky (pro hac vice motion pending)
Rachel F. Cotton (pro hac vice motion pending)
Ezra B. Marcus (pro hac vice motion pending)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com
emarcus@zuckerman.com

*Counsel for Defendants*
*Bean LLC, d/b/a Fusion GPS, and*
  *Glenn Simpson*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2018, the foregoing was served on all counsel of record via CM/ECF.

>	*/s/ Shawn P. Naunton*