UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL COHEN,

                      Plaintiff,

               -against-                             **NOTICE OF DISMISSAL**

BEAN LLC, d/b/a FUSION GPS, and
GLENN SIMPSON,                            Case No.: 1: 18-cv-183-JPO

                    Defendants.
-------------------------------------------------------------------

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the attorney for the Plaintiff, Michael Cohen, hereby voluntarily dismisses the above-entitled action as to all named Defendants without costs to any party as against the other.

Dated: April 18, 2018
       Garden City, New York

                                                GERSTMAN SCHWARTZ & MALITO, LLP

                                                By: _____
                                                David M. Schwartz, Esq. (DS 9776)
                                                1399 Franklin Avenue, Suite 200
                                                Garden City, New York 11530
                                                Tel. No.: (516) 880 – 8170
                                                dschwartz@gerstmanschwartz.com

                                                *Counsel for the Plaintiff*

To:     Shawn Naunton
         Steven Salky
         Zuckerman Spaeder LLP
         485 Madison Avenue, 10th Floor
         New York, New York 10022

         *Counsel for the Defendants*